UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———— ———— ————————————————— x

In re

   MAYWOOD CAPITAL CORP., et al,
                    Debtors

        -against-

----------------------------------------------------------------x

JOHN S PEREIRA, as chapter 11 Trustee of
121 West 122nd Street Corp.

                Plaintiff

     Vs.

HARRIETT E. BEST

              Defendant

———————————————— —— ——————————— x

## NOTICE OF APPEAL

Chapter 11
Case No. 05-10987 (RDD)

(Jointly Administered)
Case Nos. 04-17047, 05-10944 to
05-10987, 05-11521 and 05-11523

Adversary Proceeding No.:
05-02577 (RDD)

Defendant, HARRIETT E. BEST, by, Clover M. Barrett, P.C., her attorney, appeals to the United States

District Court for the Southern District of New York from the Order and Judgment of the Bankruptcy

Court (Honorable Robert D. Drain, United States Bankruptcy Judge) issued on March 17, 2008, denying

Defendant's motion for a stay of the Bankruptcy Court's Order and Judgment dated January 28, 2008,

pending appeal.

The party to the Order appealed from is as follows:

John S. Pereira, Esq.
Chapter 11 Trustee

Dated: March 27, 2008

                                    Clover M. Barrett, P.C.
                                    189 Montague Street, Suite 501
                                    Brooklyn, New York 11201
                                    (718) 625-8568

                                  By:_____
                                      Clover M. Barrett, Esq.

2008 MAR 27  P 1:43  FILED BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                              :   Chapter 11
In re                                         :
                                              :   Case No. 05-10987 (RDD)
                                              :
MAYWOOD CAPITAL CORP., et al.,                :
                                              :   (Jointly Administered)
                                              :   Case Nos. 04-17047, 05-10944 to 05-
           Debtors.                           :   10987, 05-11521 and 05-11523 (RDD)
                                              :
------------------------------------x
                                              :
JOHN S. PEREIRA, as Chapter 11 Trustee of     :
121 WEST 122nd STREET CORP.,                  :
                                              :
                                              :
           Plaintiff,                         :
                                              :   Adversary Proceeding No.
                                              :   05-02577 (RDD)
     vs.                                      :
                                              :
                                              :
HARRIET E. BEST,                              :
                                              :
           Defendant.                         :
                                              :
------------------------------------x

## ORDER DENYING DEFENDANT'S MOTION FOR STAY OF
## ORDER AND JUDGMENT PENDING APPEAL

Upon consideration of the Motion (the "Motion") of Defendant Harriet E. Best for an

Order Staying Execution of this Court's Order and Judgment dated January 28, 2008; and the

Plaintiff's Objection (the "Objection") to the Motion; and a hearing (the "Hearing") having been

held before this Court on March 6, 2008, at which the Court considered the Motion; and the

Objection; and due consideration having been given to the Motion and the Objection; and upon

the record of and the Court's bench ruling at the conclusion of the Hearing, which is

{00335120.DOC;}

incorporated herein; it is hereby:

ORDERED that the Motion is denied.

Dated: New York, New York
March 17, 2008

/s/Robert D. Drain
Robert D. Drain
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

In re

Chapter 11

MAYWOOD CAPITAL CORP., et al,                    Case No. 05-10987 (RDD)
                              Debtors

          -against-

                                                 (Jointly Administered)
-----------------------------------------------------x    Case Nos. 04-17047, 05-10944 to

JOHN S PEREIRA, as chapter 11 Trustee of          05-10987, 05-11521 and 05-11523
121 West 122nd Street Corp.

                    Plaintiff

          v.                                     Adversary Proceeding No.:
                                                 05-02577 (RDD)

HARRIETT E. BEST

                    Defendant

_____x

## AFFIDAVIT OF SERVICE

SAMUEL BROOKS, being duly sworn states the following under the penalty of perjury:

I am employed as a paralegal in the office of Clover M. Barrett, P.C., attorney for the
defendant/appellant, Harriett E. Best. I am over the age of 18 and I reside in Queens, New York
and not a party to the within action.

On March 27, 2008, I served the Notice of Appeal on the following party by placing a
true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the
United States Mail:

                    John P. Campo, Esq.
                    Dreier, LLP
                    Attorney for John S. Pereira.
                    499 Park Avenue, 23rd Floor
                    New York, New York 10022

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

                                        Samuel Brooks

Sworn to before me this
27th day of March 2008

Notary Public
JOVER M. BARRETT
NOTARY PUBLIC, State of New York
No. 02BA5014145
Qualified in Queens County
Commission Expires July, 15