UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re

   MAYWOOD CAPITAL CORP., et al,          Chapter 11 Bankruptcy
                                     Debtors        Case No. 05-10987 (RDD)

         -against-
---------------------------------------------------------x

JOHN S PEREIRA, as chapter 11 Trustee of       Adversary Proceeding No.:
                                                                     05-02577 (RDD)
121 West 122nd Street Corp.

                              Plaintiff
          Vs.                                              SDNY Case No: 08-CV-4542

HARRIET E. BEST

                            Defendant
---------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Stephen Gordon, am over the age of 18 and not a party to the within action. I reside in Queens County, State of New York. I declare under the penalty of perjury that the following is true and correct:

On May 31, 2008, I served the within Motion to Withdraw as Counsel on the following parties:

           HARRIETT E. BEST
           250 Maple Street,
           <u>Apartment 6B</u>
           Brooklyn, New York 11225

           John P. Campo Esq.,
           Attorney for John S. Pereira
           Chapter 11 Trustee
           Dreier, LLP
           499 Park Avenue, <u>21st Floor</u>
           New York, New York 10022

Service was made depositing a true copy of the motion in a wrapped and sealed envelope in a mail box marked for the exclusive use by the United States Postal Service.

                                                                       S/
                                                             Stephen Gordon

Sworn to before me this
31st day of May 2008

S/
NOTARY PUBLIC

PAULA M. SIMPSON
Notary Public, State of New York
No. 02SI5004309
Qualified in Kings County
Commission Expires 11/16/20 10