UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

MAYWOOD CAPITAL, INC.,

        Debtor.
------------------------------------------------------------x
HARRIETTE E. BEST,

                      Appellant,

    -against-

JOHN S. PEREIRA,

                      Appellee.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

08 Civ. 4542 (LAK)

(Adv. Proc. No. 05-2577 (RDD))

(Chapter 11 Case No. 05-10987 (RDD))

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      This appeal is dismissed on the ground that appellant has failed to file a brief notwithstanding that it was due on June 3, 2008. The fact that appellant's counsel moved, on June 3, 2008, the day her brief was due, for leave to withdraw does not excuse the default. In any case, this appeal is moot inasmuch as appellant here seeks review of Judge Drain's denial of a stay pending appeal of his order and judgment dated January 28, 2008, but the appeal from that order and judgment is being dismissed by order of even date (No. 08 Civ. 2961 (LAK)).

      SO ORDERED.

Dated:     July 30, 2008

                                                                       Lewis A. Kaplan
                                                United States District Judge